**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** MDL No. 2284

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −8)**

On October 20, 2011, the Panel transferred 17 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 825 F.Supp.2d 1357 (J.P.M.L. 2011). Since that time, 64 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Gene E.K. Pratter.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Pratter.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 20, 2011, and, with the consent of that court, assigned to the Honorable Gene E.K. Pratter.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 07, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

MDL No. 2284

**SCHEDULE CTO−8 − TAG−ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| WEST VIRGINIA SOUTHERN | | | |
| WVS | 6 | 12−01664 | T & S Lawn & Landscaping, Inc. v. E.I. du Pont de Nemours and Co. |
| WISCONSIN EASTERN | | | |
| WIE | 2 | 12−00532 | TLW Investments LLC v. E I du Pont de Nemours and Company |
| WISCONSIN WESTERN | | | |
| WIW | 3 | 12−00379 | Stoehr, Stephen et al v. E.I. du Pont de Nemours and Company |
| WIW | 3 | 12−00380 | Bonte, James et al v. E.I. du Pont de Nemours and Company |